UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Midwest Engineering Components,
Inc., a Minnesota corporation,

Civ. No. 23-347 (PAM/SGE)

Plaintiff,

v.

ORDER

Bonfiglioli USA, Inc., a Delaware
Corporation,

Defendant.

---

This matter is before the Court on Plaintiff Midwest Engineering Components, Inc.'s Notice (Docket No. 60) that it has filed for bankruptcy protection in the United States Bankruptcy Court for the District of Minnesota. <u>Midwest Engineered Components, Inc.</u>, No: 25-31318 (Bankr. D. Minn. filed April 30, 2025). Under the Bankruptcy Code, this matter is automatically stayed. 11 U.S.C. § 362(a)(1). The Court thus lacks jurisdiction to make any rulings this case until the conclusion of the bankruptcy proceeding.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Defendant Bonfiglioli USA, Inc.'s Motion to Dismiss (Docket No. 51) is **DENIED without prejudice as moot**;

2. The hearing on the Motion to Dismiss (Docket No. 52) is **CANCELED**; and

3. This matter is **STAYED** pending the outcome of the bankruptcy proceeding.

Dated: <u>May 6, 2025</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge